NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
mark.woolf@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Judy Beaumont,<br><br>        Plaintiff,<br><br>    v.<br><br>US Department of Homeland Security, *et al.*,<br><br>        Defendants. | Case No. 2:18-cv-00393-APG-CWH<br><br>**Stipulation for Early Settlement Conference** |

The parties, through their counsel of record, hereby stipulate to an early settlement conference.

The parties previously obtained a 60-day stay to engage in settlement discussions, which expired on February 11, 2019. Unfortunately, the parties were unable to resolve the matter during the stay because Government counsel was unable to work on the case due to a 35-day lapse in appropriations to the Department of Justice. *See* ECF No. 30. Since funding was restored, the parties have conferred and continue to believe that their time and resources are best expended in continuing settlement discussions that could not occur during the lapse in appropriations. Between the time of filing this stipulation and the anticipated early settlement conference, the parties request that the stay remain in place so that the parties can continue efforts to resolve this matter or to refine issues that may need to be addressed during a settlement conference. To facilitate scheduling of a settlement

conference, the parties request a telephonic status conference to identify dates that will work for both the Court and the parties to hold a settlement conference.

**WHEREFORE**, the parties respectfully request that this stipulation be granted and the Court schedule an early settlement conference on a date identified during a Telephonic Status Conference scheduled at the Court's convenience.

Respectfully submitted this 20th day of February 2019.


THE COTTLE FIRM

 /s/  Matthew G. Holland
MATTHEW G. HOLLAND, ESQ
8635 S. Eastern Avenue
Las Vegas, NV 89123

*Attorney for Plaintiff*

NICHOLAS A. TRUTANICH
United States Attorney

 /s/  Mark E. Woolf
MARK E. WOOLF
Assistant United States Attorney

*Attorneys for the United States*


CHRISTOPHER M. YOUNG, PC

 /s/  Christopher M. Young
CHRISTOPHER M. YOUNG, ESQ.
2460 Professional Court, #200
Las Vegas, NV 89128

*Attorney for Clark County*


IT IS ORDERED that the parties' stipulation (ECF No. 31) is GRANTED to the extent that it requests a settlement conference. The court is available on the following dates: April 24, 2019; May 10, 2019; May 14, 2019; May 17, 2019; May 22, 2019; June 12, 2019; and June 14, 2019. The parties must meet and confer regarding which of these dates are mutually convenient and file a stipulation for a settlement conference listing those dates. The stipulation is DENIED in all other respects.

_____

**UNITED STATES MAGISTRATE JUDGE**


**DATED:**  February 26, 2019
_____

2